**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-22593

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Joseph Lee VanWell and Miriam VanWell<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>   vs.<br><br>Joseph Lee VanWell and Miriam VanWell,<br>Debtors, Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:10-bk-24927-CGC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #20) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 30, 2006 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Joseph Lee VanWell and Miriam VanWell have an interest in, further described as:

PARCEL 1:

COMMENCING at the center quarter corner of Section 27, Township 2 South, Range 7 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

THENCE North 89 degrees 09 minutes 16 seconds East (Basis of Bearings) along the East-West midsection line of said Section 27, a distance of 676.80 feet to the TRUE POINT OF BEGINNING;

THENCE continuing North 89 degrees 09 minutes 16 seconds East, 251.55 feet to a point from which the East quarter corner of said Section 27 bears North 89 degrees 09 minutes 16 seconds East, 1702.79 feet distant therefrom;

THENCE South 00 degrees 29 minutes 40 seconds East, 244.64 feet;

THENCE South 89 degrees 09 minutes 16 seconds West, being parallel with the East-West midsection line of Section 27, a distance of 250.15 feet to a point from which a point on the Southerly line of the North half of the Southeast quarter of said Section 27, bears South 00 degrees 49 minutes 18 seconds East, 1075.24 feet distant therefrom;

THENCE North 00 degrees 49 minutes 18 seconds West, being parallel with the North-South midsection line of said Section 27, a distance of 244.64 feet to the TRUE POINT OF BEGINNING;

EXCEPT the Northerly 33.00 feet thereof.

PARCEL 2:

An easement for ingress, egress and public utilities:

COMMENCING at the center quarter comer of Section 27, Township 2 South, Range 7 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

THENCE North 89 degrees 09 minutes 16 seconds East (Basis of Bearings) along the East-West midsection line of said Section 27, a distance of 928.35 feet to a point from which the East quarter corner of said Section 27 bears North 89 degrees 09 minutes 16 seconds East, 1702.79 feet distant therefrom;

THENCE South 00 degrees 29 minutes 40 seconds East, 33.00 feet to the TRUE POINT OF BEGINNING;

THENCE North 89 degrees 09 minutes 16 seconds East, being parallel with and 33.00 feet Southerly of the East-West midsection line of Section 27, a distance of 20.00 feet;

THENCE South 00 degrees 29 minutes 40 seconds East, 424.31 feet;

THENCE South 89 degrees 09 minutes 16 seconds West being parallel with the said East-West midsection line of Section 27, a distance of 40.00 feet;

THENCE North 00 degrees 29 minutes 40 seconds West, 424.31 feet;

THENCE North 89 degrees 09 minutes 16 seconds East, parallel with and 33.00 feet Southerly of the said East-West midsection line of Section 27, a distance of 20.00 feet to the TRUE POINT OF BEGINNING;

EXCEPT any portion lying within Parcel No. 1 above.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.